■ IRENE MUNACO, Appellant, v DREW WHARTON et al., Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Robbins, J.), dated September 26, 1989.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Robbins at the Supreme Court. Thompson, J. P., Sullivan, Harwood, Miller and O'Brien, JJ., concur.